No. 75–1742. ZENITH LABORATORIES, INC. v. CARTER-WALLACE, INC. C. A. 3d Cir. Certiorari denied.

No. 75–1746. ALSBURY v. UNITED STATES POSTAL SERVICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–1747. W. T. MAYFIELD SONS TRUCKING CO. v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–1748. DONAHEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1752. HILLIARD v. ARMCO STEEL CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 75–1758. YPSILANTI PRESS, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 75–1760. HILTON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–1762. KLEMOW v. TIME, INC. Sup. Ct. Pa. Certiorari denied.

No. 75–1765. RIEBSCHLAEGER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1767. Y. HATA & CO., LTD., ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–1769. GREAT UNITED REALTY CO., INC. v. UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 75–1770. HURLEY v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.